**Mark Epstein, Esq.** SBN: 159801
**Jaimie Bombard, Esq.** SBN: 271776
**The Epstein Group**
**Attorneys & Counselors at Law**
2358 Market Street, Third Floor
San Francisco, California 94114
Telephone (415) 863-5718
Facsimile (415) 863-8719
e-mail: mepstein@epsteingroup.com

Attorneys for Debtor
MARISSA RYAN

Signed and Filed: February 13, 2014

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Marissa Ryan<br><br><br><br>Debtor. | CASE NO. 14-30056<br><br>**Chapter 7**<br><br>**ORDER GRANTING DEBTOR'S MOTION TO COMPEL ABANDONMENT** |

## ORDER

On February 13, 2014, the court held a hearing on Debtor's Motion to Compel Abandonment of Business and Business Assets. Mark Epstein of The Epstein Group appeared for the debtor. There were no other appearances. Upon due consideration, and for the reasons stated on the record at the hearing, the court hereby GRANTS the debtor's motion

*** END OF ORDER ***

The Epstein Group
Attorneys